FLORA M. KOCH et al., Appellants, *v.* GUY P. ESTES et al., Defendants, and F. COLBURN PINKHAM et al., Respondents.

HORTENSE L. CONDON, Appellant, *v.* GUY P. ESTES et al., Defendants, and T. COLBURN PINKHAM et al., Respondents.

HORTENSE L. CONDON, Appellant, *v.* THOMAS B. TAYLOR, et al., Respondents.

FLORA M. KOCH et al., Appellants, *v.* THOMAS B. TAYLOR et al., Respondents.

(Argued February 28, 1934; decided March 20, 1934.)

*Frederick Hemley* and *Jesse Hemley* for appellants.

*Kenneth M. Spence* and *George Rosier* for F. Colburn Pinkham, respondent.

*Harry W. Mack* for Thomas B. Taylor et al., respondents.

*Robert McC. Marsh, George H. Porter* and *Meyer B. Cushner* for Fifth Church of Christ, Scientist, respondent.

*Cornelius C. Webster* for Minnie C. Vesey, respondent.

In each case, judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ. Not sitting: KELLOGG, J.